Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−17700−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Colin Michael Kelly                             Wendy Louise Kelly
   63 Brynmore Road                                63 Brynmore Road
   New Egypt, NJ 08533                             New Egypt, NJ 08533

Social Security No.:
   xxx−xx−2876                                     xxx−xx−1812

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on August 2, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 28 − 24
ORDER DISAPPROVING REAFFIRMATION AGREEMENT. (related document:24 Reaffirmation Agreement filed by Creditor Santander Consumer USA, Inc.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/2/2016. (bwj)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 2, 2016
JJW: bwj

                                                   James J. Waldron
                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Colin Michael Kelly
Wendy Louise Kelly
       Debtors

Case No. 16-17700-CMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Aug 02, 2016
                        Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2016.
cr           +Santander Consumer USA, Inc.,   c/o Stewart, Zlimen, and Jungers, Ltd.,   2277 Highway 36 West,
             Suite 100,   Roseville, MN 55113-3896

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2016 at the address(es) listed below:
        Barry R. Sharer   on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
         BSharer@SharerPBS.com;nj83@ecfcbis.com
        Barry R. Sharer   CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
        Denise E. Carlon   on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing business
         as Christiana trust, not in its individual capacity, but solely as owner trustee for BCAT
         2014-5ATT dcarlon@kmllawgroup.com,   dcarlon@zuckergoldberg.com
        William F. Saldutti, III   on behalf of Creditor   Wells Fargo Bank wsaldutti@slgcollect.com,
         kcollins@slgcollect.com
        William H. Oliver, Jr.   on behalf of Debtor Colin Michael Kelly bkwoliver@aol.com
        William H. Oliver, Jr.   on behalf of Joint Debtor Wendy Louise Kelly bkwoliver@aol.com
                                                                                             TOTAL: 6