Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                  Case No.:  16–17700–CMG
                  Chapter:  7
                  Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Colin Michael Kelly | Wendy Louise Kelly |
| 63 Brynmore Road | 63 Brynmore Road |
| New Egypt, NJ 08533 | New Egypt, NJ 08533 |

Social Security No.:
  xxx–xx–2876                                xxx–xx–1812

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Barry R. Sharer is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 25, 2016                   Christine M. Gravelle
                                            Judge, United States Bankruptcy Court